IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., et al., | **Old Case No. 1:10-cv-00217 AWI GSA** <br> **New Case No. 1:10-cv-00217 AWI DLB** |
| Plaintiffs, | ORDER DISQUALIFYING MAGISTRATE JUDGE |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action. The Clerk of the Court has reassigned this action to the docket of Magistrate Judge Dennis L. Beck. The new case number shall be **1:10-cv-00217 AWI DLB.** All future pleadings shall be so numbered. Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated: **February 16, 2010**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

1