1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10

LION RAISINS, INC., et al.,              )    **Old Case No. 1:10cv0217 OWW DLB**
11                                       )    **New Case No. 1:10cv0217 OWW SMS**
                                         )
12           Plaintiff,                  )    ORDER DISQUALIFYING
                                         )    MAGISTRATE JUDGE
13                                       )
                                         )
14           vs.                         )
                                         )
15   UNITED STATES DEPARTMENT            )
     OF AGRICULTURE,                     )
16                                       )
             Defendants.                 )
17   _____)

18           Good cause appearing, the undersigned disqualifies himself from all proceedings of the

19   present action.  The Clerk of the Court has reassigned this action to the docket of a different

20   Magistrate Judge.  The new case number shall be **1:10cv0217 OWW SMS.**  All future pleadings

21   shall be so numbered.  Failure to use the correct case number may result in delay in your documents

22   being received by the correct judicial officer.

23

24           IT IS SO ORDERED.

25           **Dated:** __ **April 14, 2010** __          _____ **/s/ Dennis L. Beck** _____
                                                         UNITED STATES MAGISTRATE JUDGE
26

27

28                                               1