1  WESLEY T. GREEN SBN #201107
   CORPORATE COUNSEL
2  P.O. Box 1350
   9500 S. DeWolf Ave.
3  Selma, California  93662
   Telephone: (559) 834-6677
4  Facsimile:  (559) 834-4848

5  Attorney for Plaintiffs, LION RAISINS, INC., a California corporation;
   LION RAISIN COMPANY; LION PACKING COMPANY; ALFRED
6  LION, JR., an individual; DANIEL LION, an individual; JEFFREY LION,
   an individual; BRUCE LION, an individual; LARRY LION, an individual;
7  and ISABEL LION, an individual

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC., a California corporation; LION RAISIN COMPANY; LION PACKING COMPANY; ALFRED LION, JR., an individual; DANIEL LION, an individual; JEFFREY LION, an individual; BRUCE LION, an individual; LARRY LION, an individual; and ISABEL LION, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendant. | Case No.: 1:10-CV-00217-OWW-DLB<br><br>STIPULATION OF DISMISSAL; ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated:  June 22, 2010                                Plaintiffs

                                                    By:     /s/ Wesley T. Green
                                                         WESLEY T. GREEN, JD MBA
                                                         Attorney for Plaintiffs

Page **1** of **2**

STIPULATION OF DISMISSAL; ORDER THEREON

1 | Dated: June 22, 2010                        Plaintiffs

2 |                                             By:     /s/ James A. Moody
                                                JAMES A. MOODY
3 |                                             Attorney for Plaintiffs

4 |
    Dated: June 22, 2010                        BENJAMIN B. Wagner
5 |                                             United States Attorney

6 |
                                                By: /s/ Benjamin E. Hall
7 |                                             BENJAMIN E. HALL
                                                Assistant U.S. Attorney
8 |                                             Attorney for Defendants

9 |

10 |

11 |

12 |

13 |

14 | IT IS SO ORDERED.

15 |     Dated:   **June 22, 2010**              **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE
16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION OF DISMISSAL; ORDER THEREON